**FILED**

03/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0406

_____

CITY OF WHITEFISH,

      Plaintiff and Appellee,

v.

THOMAS CURRAN,

      Defendant and Appellant,

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2023